NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BOBBY L. MARSHALL,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )          Case No.  2D18-1319
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed January 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Bobby L. Marshall, pro se.


PER CURIAM.

            Affirmed.


SILBERMAN, KELLY, and BLACK, JJ., Concur.